IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA,     )
                              )
          v.                  )  Criminal No. 09-16
                              )
HYST L. SCHOBERT,             )
          Defendant.          )
```

ORDER

AND NOW, this 10th day of November, 2009, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered February 11, 2009, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Thursday, November 19, 2009 at 2 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that the Bond Revocation Hearing, scheduled for November 13, 2009, is continued to Thursday, November 19, 2009 at 2 p.m..

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc:   Margaret E. Picking,
      Assistant United States Attorney

      Marketa Sims,
      Assistant Federal Public Defender

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation