IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | 09-CR-016 |
| | ) | |
| HYST SCHOBERT | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

AND NOW, this 9th day of May, 2011, it is hereby ORDERED, ADJUDGED and DECREED that one Hi Point Model C-9 9mm caliber pistol bearing serial number P1354187 is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) for disposition in accordance with federal law, free and clear of all right, title and interest of any person or entity including ,without limitation, Hyst Schobert.

_____
UNITED STATES DISTRICT COURT